See *The De Smet, ante,* 483, and note.

---

## THE CITY OF SALEM.

*(District Court, D. Oregon.* March 4, 1882.)

DEADY, D. J. This suit is brought by Charles Brown against the city of Salem to enforce a lien thereon for the sum of $60 for labor done in repairing her at the request of Steffen, the contractor.

The pleadings and circumstances are the same as the foregoing, and the same order will be made therein.